IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NOAH PARRAZ, personal representative of
the wrongful death estate of Gilbert Parraz, and
SYLVIA PARRAZ, individually,

    Plaintiffs,

v.                                                                                 Civ. No. 22-0472 KG/JHR

THE BOARD OF REGENTS OF
THE UNIVERSITY OF NEW MEXICO,
as trustees of the University of New Mexico Hospital,
THE UNITED STATES OF AMERICA, and
RONALD A. PITT, M.D.,

    Defendants.

## ORDER DENYING MOTION TO CONSOLIDATE

The parties in this case filed an "Unopposed Motion to Consolidate," seeking to consolidate this case and *Noah Parraz, as Personal Representative of the Wrongful Death Estate of Gilbert Parraz and Sylvia Parraz, Individually v. The Board of Regents of the University of New Mexico, as trustees of the University of New Mexico Hospital*, Case No. 1:22-cv-0556 KG/JHR into the instant case. (Doc. 12). The Court remanded the other case, No. 1:22-cv-0556, to the Second Judicial District Court for the State of New Mexico. There being no other case in federal court with which to consolidate this case, the Motion to Consolidate (Doc. 12) is denied.

IT IS SO ORDERED.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE